# **<u>EXHIBIT A</u>**

# WorldPay

## ACCOUNT SUBMISSION COVER SHEET

This cover sheet must accompany sales submitted to WorldPay. Please include one cover sheet per sales order and submit each sales order request through separate email/fax transmissions (do not send more than one request per email or fax). Please fax at standard resolution, black and white.

**TO**
Dept. Contract Support
Email NewCPA@WorldPay.us

**To expedite this order please fax toll free to 877.999.6801**

**FROM**
Name: Christopher Lies
Email: chris.lies@worldpay.us
Phone #: 215-962-1546
Sales Rep ID #: 29003
Percent: 100
Date: 12/13/12

Customer Name: William Deckman   DBA Name: The Beer Hut

**Installation Appointment** — Date ___ Time ___ A.M./P.M.

Group ID ___ Lead No. ___ Rate Quote ___ Contract Pricing ___ Promo Code: 897

**NOTES**

---

### Please check all that apply

- [x] **Customer Processing Agreement (CPA)**
  Required for all NEW-to-WorldPay Customers.

- [ ] If the business does not meet Super Accept requirements AND has been processing with another acquirer:
  a. Enter the name of that processor _____ and
  b. Attach statements for the past 60-90 days from that processor

- [ ] Rental Agreement

- [ ] CrossCheck Agreement

- [ ] Other _____

### Submit one or more of the following if the business has been open less than 90 days.

- [ ] Financials
- [ ] Business License
- [ ] Proof of Social Security Number
- [ ] Tax Filings

# WorldPay | CUSTOMER PROCESSING AGREEMENT

Customer Initials: WD KS

WorldPay US, Inc. | 600 Morgan Falls Road, Atlanta, GA 30350 | Member Financial Institution - RBS Citizens/NA

## LEGAL / DBA INFO

- Contact Name: William Deckard
- Full Legal (Tax Filing) Business Name: The Beer Hut
- Store Name (DBA): The Beer Hut
- Legal Business Address: 9911 Northeast Ave
- City: Philadelphia
- State: PA
- ZIP: 19115
- Legal Phone Number: 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
- Store/DBA Address (if different from Legal): [redacted]
- Fax Number: 215-677-4391
- [redacted] COMCAST.NET
- Federal Tax ID: 527199
- Check if: ☒ EIN ☐ SSN

PLEASE NOTE: Statements are available electronically on WorldPay's Merchant Portal. If you would like to receive paper statements login to the Merchant Portal (https://portal.worldpay.us).

## PRINCIPAL INFO

- x William Deckard — DOB 9/1/50 — Percent Owned 50
  - Home Address: 1175 Temperance Ln — City: Richboro
- x Kathleen Smory — DOB 10/1/52 — Percent Owned 50
  - Home Address: 1220 Temperance Ln — City: Richboro

## DEPOSIT / DEBIT ACCOUNT

Customers who would like different accounts for settlement, billing or chargebacks must complete a separate ACH authorization form.

- Name on Account: The Beer Hut
- Bank: Citizens Bank
- Bank Phone: 215-676-2015
- Bank City: Philadelphia
- State: PA
- Bank Routing/Transit: [redacted]
- Account Number: [redacted]

## TIERED PRICING Visa, MasterCard & Discover

[redacted]

Per item fees apply to all transactions including sales, returns, denials, etc.

CPA 3097 - 15101v3 (06/12) Page 1 of 2

# WorldPay® | CUSTOMER PROCESSING AGREEMENT

Case 2:17-cv-05182-JD   Document 40-2   Filed 05/23/19   Page 4 of 4

WorldPay US, Inc. | 600 Morgan Falls Road, Atlanta, GA 30350 | Member Financial Institution - RBS Citizens, N.A.

**SITE INFO**

The undersigned sales representative attests that a site inspection of the above named applicant's premises was conducted.

_Signature_ / WorldPay Authorized Sales Representative Signature — Print Name: Christopher Lies — Date: 12/13/12

**TERM OF AGREEMENT**

*Three Years

*Subject to automatic renewal per Terms and Conditions.

**CUSTOMER ACCEPTANCE AND GUARANTY**

BY SIGNING BELOW, I (1) AGREE TO THE WORLDPAY US, INC. TERMS AND CONDITIONS FOR CUSTOMER PROCESSING AGREEMENT (THE "CPA TERMS"), AS WELL AS THE TERMS SET FORTH IN THE SECURITY PROGRAM ADDENDUM ("SECURITY PROGRAM TERMS"), AND (2) ACKNOWLEDGE THAT WORLDPAY'S SALES REPRESENTATIVE HAS DELIVERED COPIES OF BOTH THE CPA TERMS AND SECURITY PROGRAM TERMS TO ME. I represent that the information provided by me on this Customer Processing Agreement and during the application process, whether in written, electronic or verbal form, is complete and accurate. I further acknowledge that no oral or written modifications of the CPA Terms or Security Program Terms have been made or promised. I confirm that the Federal Tax Identification Number (EIN or SSN) and Tax Filing Name I have provided are true and accurate. WorldPay US, Inc. ("WorldPay") reserves the right to validate this information with the IRS on occasion as warranted.

**USA PATRIOT ACT** – Federal laws and regulations require WorldPay to request information from you prior to opening an account or adding an additional signatory to an account. The information WorldPay requests may vary depending on the circumstances, but at a minimum, will include your name, address, an identification number such as your social security or taxpayer identification number, and for individuals, your date of birth. WorldPay is also required to verify the information you provide to us. This verification process may require you to provide us with supporting documentation that we deem appropriate. We may also seek to verify the information by other means. We reserve the right to request additional information and/or signatures from you from time to time.

**FEDERAL AUTOMATED CLEARING HOUSE (ACH)** – The undersigned hereby authorizes WorldPay to electronically debit and credit via the Automated Clearing House (ACH) amounts due to or from WorldPay under the Customer Processing Agreement, to the bank account identified above or in any separate ACH Authorization Form. With respect to equipment, the undersigned hereby authorizes WorldPay to have the fees described herein charged to the credit card identified above.

**FCRA NOTICE** – A consumer report of each of the officers, partners or owners of applicant may be requested from a consumer and/or credit reporting agency at the inception of this Agreement and from time to time thereafter. Acknowledgement and consent are hereby given.

**AMERICAN EXPRESS** – By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the America Express® Card Acceptance Agreement ("American Express Agreement"), and that all information provided herein is true, complete and accurate. I authorize WorldPay US, Inc. and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, affiliates, and other parties for any purpose permitted by law. I authorize and direct WorldPay US, Inc. and American Express and American Express's agents and affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be provided with the American Express Agreement and materials welcoming it to American Express's card acceptance campaign.

_Signature_ / Authorized Principal Signature — Print Name: William Deckard — Title: Owner — Date: 10/13/12

_Signature_ / Authorized Principal Signature — Print Name: Kathleen Emory — Title: Owner — Date: 10/13/12

The undersigned further hereby unconditionally guarantees to RBS Citizens, N.A. and WorldPay US, Inc. the full payment of all obligations arising out of or in furtherance of the Agreement and to pay RBS Citizens, N.A. or WorldPay US, Inc. all expenses incurred in collecting such obligation.

_Signature_ / Authorized Principal Signature

_Signature_ / Authorized Principal Signature