# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DECKARD, SR. | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 2:17-cv-05182-JD |
| | : | |
| WORLDPAY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I, Jennifer R. Hoover, filed Worldpay's Motion to Dismiss Plaintiff's Second Amended Complaint, and all accompanying documents, through the Court's ECF system on May 23, 2019, and that notice will be sent electronically to all counsel of record.

/s/ *Jennifer R. Hoover*
Jennifer R. Hoover, Esq. (#87910)
John C. Gentile, Esq. (#322159)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1650 Market St., 36th Floor
Philadelphia, PA 19103
Telephone: (302)-442-7010
jhoover@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for Worldpay*

12357928 v1