IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DECKARD, SR. : | |
| : | |
| Plaintiff, : | |
| v. : | C.A. No. 2:17-cv-05182-JD |
| : | |
| WORLDPAY, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

### ORDER

AND NOW, this _____ day of _____ 2019, upon full and complete consideration of Defendant Worldpay's Motion to Dismiss Plaintiff's Second Amended Complaint, including all responses and replies thereto, it is hereby ORDERED and DECREED that Worldpay's Motion to Dismiss is GRANTED and Plaintiff's Second Amended Complaint is dismissed as to Worldpay.

BY THE COURT:

_____

12357923 v1