

# OBERMAYER

**Matthew A. Green**
Direct Dial: (215) 665-3122
E-mail: matthew.green@obermayer.com

Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
P: (215) 665-3000
F: (215) 665-3165
www.obermayer.com

July 17, 2019

**VIA FACSIMILE [215-580-2141]**
The Honorable Jan E. DuBois
U.S. District Court for the Eastern District of Pennsylvania
U.S. Courthouse, Room 12613
601 Market Street
Philadelphia, PA 19106

FILED

JUL 18 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

Re: **Deckard v. The Estate of Kathleen Emory, *et al.*
Docket No. 2:17-cv-05182**

Dear Judge DuBois:

This office represents Defendants, Aclaim Adjustment Agency, Inc. and George Pagano (collectively, the "Aclaim Defendants"), in connection with the above-captioned matter. Pursuant to Your Honor's local rules, I write to request leave of court to file a reply brief in further support of the Aclaim Defendants' Motion to Dismiss.

Specifically, on July 14, 2019, Plaintiff filed his response in opposition to the Aclaim Defendants' Motion to Dismiss (the "Opposition"). Within Plaintiff's Opposition, Plaintiff includes extensive facts and new theories of liability not pled and/or raised by Plaintiff in his most recent pleading. Specifically, while Plaintiff appears to concede that his fiduciary duty claim against the Aclaim Defendants may be time barred, which is the only count asserted against the Aclaim Defendants in the Second Amended Complaint, Plaintiff asserts in his Opposition, for the first time, that his claims against the Aclaim Defendants are actually based on "malfeasance, nonfeasance and fraud[.]" *See* Opposition, p. 2. Further, while Plaintiff's Second Amended Complaint sought to impose liability based on Aclaim Defendants' failure to advise Plaintiff of matters relating to a certain insurance claim submitted by Plaintiff's mother, Plaintiff's Opposition now suggests that the crux of Plaintiff's claim is based on Aclaim Defendants' purported negligence in the handling of the insurance claim and/or the purported "filing of a fraudulent insurance claim." *See id.*

In light of the above, the Aclaim Defendants respectfully request that they be given leave to file a reply brief so that the Aclaim Defendants can address these newly raised facts and theories, and explain why they cannot survive a motion to dismiss under Rule 12(b)(6).

4820-4289-9612

The Honorable Jan E. DuBois
July 17, 2019
Page 2 of 2

      Thank you in advance for Your Honor's courtesies and attention to this matter. I will be certain to make myself available should Your Honor have any questions or wish to discuss this matter with all parties to the instant action.

                                  Respectfully submitted,

                                  */s/ Matthew A. Green*

                                  Matthew A. Green

cc:     All counsel of record (via email)

4820-4289-9612